IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES L. THORNTON | : | CIVIL ACTON |
| | : | NO. 09-4320 |
| v. | : | |
| | : | |
| ABINGTON SCHOOL DISTRICT | : | |

## ORDER

AND NOW, this 29th day of December 2009, upon consideration of defendant Abington School District's motion to dismiss and plaintiff James L. Thornton's response it is hereby ORDERED that defendant's motion to dismiss plaintiff's § 1983 claim is dismissed and plaintiff's remaining state law claims are dismissed without prejudice.

    /s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.